UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IRIKA SKEETE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:16-cv-00043 |
| ) | CHIEF JUDGE CRENSHAW |
| REPUBLIC SCHOOLS NASHVILLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

By Order (Doc. No. 100) entered on September 18, 2017, a hearing on Plaintiff's Motion for Preliminary Approval of the Class Settlement Agreement was scheduled for **October 18, 2017,** at 3:30 p.m., in Nashville Courtroom A859.

The location of the hearing is hereby changed and will take place on the same date and time in **Cookeville, Tennessee,** at the L. Clure Morton U.S. Post Office and Courthouse, 9 East Broad.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE